IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

UNITED PARCEL SERVICE
AND LIBERTY MUTUAL
INSURANCE COMPANY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D14-827

v.

STEVE ALADICS ,

     Appellee.

_____/

Opinion filed July 16, 2014.

An appeal from an order of the Judge of Compensation Claims.
E. Douglas Spangler, Judge.

Date of Accident: March 22, 2013.

Edward C. Duncan, III, of the Law Offices of J. Christopher Norris, Fort Myers, for
Appellant.

Kimberly A. Hill, of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.